# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Holmes, III, Paul K. | **2. Court or Organization**<br><br>U.S. District Court, Western District of Arkansas | **3. Date of Report**<br><br>04/24/2012 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>District Judge-Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

30 South 6th Street
Fort Smith, Arkansas 72901

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Of Counsel | Warmer, Smith & Harris, PLC |
| 2. | Director | PKH Properties, LLC |
| 3. | Director | BECH Oil & Gas Company |
| 4. | Trustee | Lyon College |
| 5. | Trustee | Trust #1 |
| 6. | Trustee | Trust #2 |
| 7. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Warner, Smith & Harris, PLC- Of Counsel Agreement |
| 2. | 2011 | Warner, Smith & Harris, PLC, Pension and Profit Sharing Plan |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Fort Smith Public School District- Substitute teaching |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABFS Common | A | Dividend | K | T | | | | | |
| 2. CHS Common | A | Dividend | J | T | | | | | |
| 3. CNP Common | A | Dividend | J | T | | | | | |
| 4. COP Common | C | Dividend | L | T | | | | | |
| 5. FDX Common | A | Dividend | L | T | | | | | |
| 6. DBRN Common | | None | J | T | | | | | |
| 7. GE Common | B | Dividend | K | T | | | | | |
| 8. HD Common | C | Dividend | M | T | | | | | |
| 9. HIG Common | A | Dividend | K | T | | | | | |
| 10. HPQ Common | B | Dividend | L | T | | | | | |
| 11. HOT Common | A | Dividend | J | T | | | | | |
| 12. IBKC Common | B | Dividend | L | T | | | | | |
| 13. INTC Common | A | Dividend | K | T | | | | | |
| 14. JBHT Common | A | Dividend | L | T | Buy (add'l) | 09/22/11 | K | | |
| 15. JNJ Common | B | Dividend | L | T | | | | | |
| 16. MHS Common | | None | K | T | | | | | |
| 17. MON Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MSFT Common | C | Dividend | M | T | | | | | |
| 19. NUE Common | C | Dividend | L | T | | | | | |
| 20. PFE Common | D | Dividend | M | T | | | | | |
| 21. RF Common | A | Dividend | J | T | | | | | |
| 22. RIG Common | A | Dividend | J | T | | | | | |
| 23. SLB Common | B | Dividend | M | T | | | | | |
| 24. SO Common | C | Dividend | M | T | | | | | |
| 25. T Common | A | Dividend | J | T | | | | | |
| 26. WMMVY Common | A | Dividend | K | T | | | | | |
| 27. WMT Common | D | Dividend | N | T | | | | | |
| 28. Vanguard Total Stock Index Fund | B | Dividend | M | T | | | | | |
| 29. Vanguard Extended Market Index Fund | A | Dividend | L | T | | | | | |
| 30. Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 31. Vanguard Capital Opportunity Fund | A | Dividend | M | T | Buy (add'l) | 07/28/11 | J | | |
| 32. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 33. Vanguard Developed Markets Index Fund | C | Dividend | M | T | | | | | |
| 34. Vanguard Total Int. Stock Index Fund | A | Dividend | M | T | Buy (add'l) | 01/18/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inter-Term Inv. Grade Fund | A | Dividend | M | T | | | | | |
| 36. Vanguard Inflation-Protect Sec. | B | Dividend | L | T | | | | | |
| 37. Vanguard Inter-Term Tax Exempt Inv. | C | Interest | M | T | | | | | |
| 38. Vanguard Inter-Bond Index Fund | A | Dividend | L | T | | | | | |
| 39. Fidelity Int. Muni Income Fund | D | Interest | M | T | | | | | |
| 40. MFS Investors Trust-A Fund | A | Dividend | K | T | | | | | |
| 41. T.Rowe Price Growth Stock Fund | A | Dividend | K | T | | | | | |
| 42. T.Rowe Price Personal Strategy Growth Fund | A | Dividend | K | T | | | | | |
| 43. T.Rowe Price New Horizons Fund | A | Dividend | J | T | | | | | |
| 44. T.Rowe Price International Stock Fund | B | Dividend | L | T | | | | | |
| 45. U.S.Treasury Notes | C | Interest | K | T | | | | | |
| 46. First National Bank of Fort Smith Accounts | A | Interest | J | T | | | | | |
| 47. Schwab Cash Reserves | A | Interest | K | T | | | | | |
| 48. T.Rowe Price Tax-Exempt Money Mkt. Fund | A | Interest | K | T | | | | | |
| 49. Vanguard Tax-Exempt Money Mkt. Fund | A | Interest | O | T | | | | | |
| 50. Vanguard Prime Money Mkt. Fund | A | Interest | L | T | | | | | |
| 51. Fidelity Municipal Money Mkt. Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PKH Properties, LLC | | None | J | W | | | | | |
| 53. BECH Oil & Gas Company | D | Distribution | K | W | | | | | |
| 54. HSA Bank Money Mkt. Fund | A | Interest | K | T | | | | | |
| 55. TD Ameritrade Money Mkt. Fund (HSA) | A | Interest | J | T | | | | | |
| 56. TD Ameritrade SPY Index Fund (HSA) | A | Dividend | K | T | | | | | |
| 57. First National Trustee WSH Pension & Profit Sharing Plan | A | Dividend | N | T | | | | | |
| 58. -VIMSX Fund | | | | | Sold | 07/20/11 | M | | |
| 59. -FIGRX Fund | | | | | Sold | 07/20/11 | N | | |
| 60. -FNB Money Mkt. | | | | | Sold | 07/20/11 | J | | |
| 61. T.Rowe Price- Rollover IRA Acct. | E | Dividend | P1 | T | | | | | |
| 62. -POMIX | | | | | | | | | |
| 63. -PRGIX (spouse) | | | | | | | | | |
| 64. -TRMCX | | | | | | | | | |
| 65. -PRTIX | | | | | | | | | |
| 66. -PRTXX | | | | | | | | | |
| 67. -TRRBX | | | | | | | | | |
| 68. -RPSIX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -INTC Common | | | | | | | | | |
| 70. -MHS Common | | | | | | | | | |
| 71. -MRK Common | | | | | | | | | |
| 72. -NUE Common | | | | | | | | | |
| 73. -CVX Common | | | | | | | | | |
| 74. -VIMSX | | | | | Buy | 07/26/11 | M | | |
| 75. -FIGRX | | | | | Buy | 07/26/11 | N | | |
| 76. T.Rowe Price- Ind. 401K | A | Dividend | K | T | | | | | |
| 77. -TRRHX | | | | | Buy | 07/26/11 | L | | |
| 78. Vanguard Ind. Roth IRA | | None | J | T | | | | | |
| 79. -NAESX | | | | | Buy | 03/30/11 | J | | |
| 80. -NAESX (spouse) | | | | | Buy | 03/30/11 | J | | |
| 81. Lincoln National Whole Life | | None | K | T | | | | | |
| 82. Union Central Whole Life | A | Dividend | J | T | | | | | |
| 83. Transamerica Whole Life | A | Dividend | J | T | | | | | |
| 84. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 85. -ABFS Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BAC Common | | | | | | | | | |
| 87. -CNP Common | | | | | | | | | |
| 88. -DELL Common | | | | | | | | | |
| 89. -DOW Common | | | | | | | | | |
| 90. -FCX Common | | | | | | | | | |
| 91. -GEN Common (formerly RRI Common) | | | | | | | | | |
| 92. -JBHT Common | | | | | | | | | |
| 93. -JPM Common | | | | | | | | | |
| 94. -MHP Common | | | | | | | | | |
| 95. -MSFT Common | | | | | | | | | |
| 96. -NUE Common | | | | | | | | | |
| 97. -PNC Common | | | | | | | | | |
| 98. -PSA Common | | | | | | | | | |
| 99. -SLB Common | | | | | | | | | |
| 100. -SO Common | | | | | | | | | |
| 101. -SPY Index | | | | | | | | | |
| 102. -MOS Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -RIG Common | | | | | | | | | |
| 104. -WIN Common | | | | | | | | | |
| 105. -Fort Smith Waste Rev. Bond | | | | | Redeemed | 01/03/11 | K | | |
| 106. -Alma School Dist. Bond | | | | | Redeemed | 01/03/11 | K | | |
| 107. -Univ. AR Rev. Bond | | | | | Redeemed | 01/03/11 | K | | |
| 108. -Little Rock Health Fac. Bond | | | | | | | | | |
| 109. -Pulaski Tech. College Rev. Bond | | | | | | | | | |
| 110. -Univ. AR Rev. Bond | | | | | | | | | |
| 111. -Little Rock Cap. Imp. Bond | | | | | | | | | |
| 112. -AR Dev. Auth. Bond | | | | | | | | | |
| 113. -Warren Waste Rev. Bond | | | | | | | | | |
| 114. -Univ. AR Rev. Bond | | | | | | | | | |
| 115. -Conway Waste Rev. Bond | | | | | | | | | |
| 116. -Lewisville Sch. Dist. Bond | | | | | Redeemed | 01/03/11 | K | | |
| 117. -Springdale Sch. Dist. Bond | | | | | Redeemed | 06/01/11 | K | | |
| 118. -Beaver Wtr. Dist. Bond | | | | | | | | | |
| 119. -Fed. Govt. Money Mkt. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #2 | D | Dividend | N | T | | | | | |
| 121. -BAC Common | | | | | | | | | |
| 122. -BP Common | | | | | | | | | |
| 123. -ABC Common | | | | | | | | | |
| 124. -HPQ Common | | | | | | | | | |
| 125. -GE Common | | | | | | | | | |
| 126. -GPS Common | | | | | | | | | |
| 127. -INTC Common | | | | | | | | | |
| 128. -MHS Common | | | | | | | | | |
| 129. -MRK Common | | | | | | | | | |
| 130. -JNJ Common | | | | | | | | | |
| 131. -IBKC Common | | | | | | | | | |
| 132. -RF Common | | | | | | | | | |
| 133. -RAI Common | | | | | | | | | |
| 134. -T Common | | | | | | | | | |
| 135. -TWC Common | | | | | | | | | |
| 136. -TWX Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -CVX Common | | | | | | | | | |
| 138. -WMT Common | | | | | | | | | |
| 139. -Schwab Cash Reserves | | | | | | | | | |
| 140. -MFS Investors Trust-A Fund | | | | | | | | | |
| 141. -American Century Ultra Fund | | | | | | | | | |
| 142. -US Treasury Bonds | | | | | Redeemed (part) | 11/15/11 | K | | |
| 143. Trust #3 | D | Dividend | N | T | | | | | |
| 144. -BAC Common | | | | | | | | | |
| 145. -BP Common | | | | | | | | | |
| 146. -HPQ Common | | | | | | | | | |
| 147. -GE Common | | | | | | | | | |
| 148. -GPS Common | | | | | | | | | |
| 149. -INTC Common | | | | | | | | | |
| 150. -MHS Common | | | | | | | | | |
| 151. -MRK Common | | | | | | | | | |
| 152. -JNJ Common | | | | | | | | | |
| 153. -IBKC Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -RF Common | | | | | | | | | |
| 155. -RAI Common | | | | | | | | | |
| 156. -T Common | | | | | | | | | |
| 157. -TWC Common | | | | | | | | | |
| 158. -TWX Common | | | | | | | | | |
| 159. -CVX Common | | | | | | | | | |
| 160. -WMT Common | | | | | | | | | |
| 161. -Schwab Cash Reserves | | | | | | | | | |
| 162. -MFS Investors Trust-A Fund | | | | | | | | | |
| 163. -T.Rowe Price New Horizons Fund | | | | | | | | | |
| 164. -American Century Select Fund | | | | | | | | | |
| 165. -Vanguard Total St. Mkt. Index Fund | | | | | | | | | |
| 166. -US Treasury Notes | | | | | Redeemed (part) | 11/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS- I serve on the Board of Trustees of Lyon College, a private liberal arts college.

I. POSITIONS- I am Trustee of Trusts #1, #2, and #3, but have no beneficial ownership or contingent interest in the trusts.

FINANCIAL DISCLOSURE REPORT

Page 15 of 15

Name of Person Reporting

Holmes, III, Paul K.

Date of Report

04/24/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Paul K. Holmes, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544